# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WESTMINSTER AMERICAN** | : | **CIVIL ACTION** |
| **INSURANCE COMPANY** | : | |
| *Plaintiff* | : | |
| | : | **NO. 19-539** |
| **v.** | : | |
| | : | |
| **SPRUCE 1530, LLC *et al.*,** | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 17th day of June 2020, upon consideration of:

1. the *motion for summary judgment* filed by Plaintiff Westminster American Insurance Company ("Westminster"), [ECF 10]; the response in opposition thereto filed by Defendants Spruce 1530, LLC, and Al Shapiro (collectively, "Spruce 1530"), [ECF 15]; and

2. the *cross-motion for partial summary judgment* filed by Spruce 1530, [ECF 14]; the response in opposition thereto filed by Westminster, [ECF 17]; and Spruce 1530's reply, [ECF 20];

it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, Westminster's motion, [ECF 10], is **GRANTED**, and Spruce 1530's cross-motion, [ECF 14], is **DENIED**.

It is further **ORDERED** that **JUDGMENT** is entered in favor of Plaintiff, Westminster American Insurance Company. Consequently, it is declared that: (a) Westminster is not obligated to defend or indemnify Spruce 1530 against the claims alleged by Touraine, L.P. in the civil action captioned *Touraine, L.P. v. Spruce 1530 LLC et al.*, No. 170603620 (C.P. Phila.) (the "Underlying State Action"); and (b) Westminster is not obligated to reimburse Defendants for costs, fees and expenses incurred prior to Westminster's receipt of notice of the Underlying State Action.

**BY THE COURT:**
*/s/ Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*