## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WESTMINSTER AMERICAN INSURANCE COMPANY, | : : : | CIVIL ACTION |
| Plaintiff | : : | NO. 2:19-CV-00539 |
| v. | : : | |
| SPRUCE 1530, LLC, AND AL SHAPIRO, | : : | |
| Defendants | : | |

### NOTICE OF APPEAL

Notice is hereby given that Spruce 1530, LLC and Al Shapiro, defendants in the above named case, hereby appeal to the United States Court of Appeals for the Third Circuit from the Order entering a final judgment [ECF No. 22], and the accompanying Memorandum Opinion [ECF No. 21], both entered in this action on the 18th day of June, 2020.

        s/ E. David Chanin
E. David Chanin
Attorney Id. No. 32136
Paul G. Gagne
Attorney Id. No. 42009
Kleinbard LLC
Three Logan Square, 5th Floor
1717 Arch Street
Philadelphia, PA 19103
Fax: (215) 568-0140
Telephone: (215) 523-5330
dchanin@kleinbard.com
pgagne@kleinbard.com

*Attorneys for Defendants*
*Spruce 1530, LLC and Al Shapiro*

Dated: July 15, 2020

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 15, 2020 the forgoing Notice of Appeal has been filed electronically and is available for viewing and downloading from the ECF system. Service on plaintiff will be accomplished by electronic service on plaintiffs' attorney via the Court's ECF system.

                                                          s/ E. David Chanin