UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 20-2470
_____

WESTMINSTER AMERICAN INSURANCE COMPANY

v.

SPRUCE 1530, LLC; AL SHAPIRO,
                        Appellants

_____

On Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. No. 2-19-cv-00539)
District Judge: Honorable Nitza I. Quinones Alejandro

_____

Argued on January 21, 2021

Before: HARDIMAN, ROTH, *Circuit Judges*, and PRATTER,[*] *District Judge*.

_____

JUDGMENT
_____

This cause came to be considered on the record from the United States District Court for the Eastern District of Pennsylvania and was argued on January 21, 2021.

On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the judgment entered on June 18, 2020, be and the same is hereby AFFIRMED. All in accordance with the Opinion of this Court.

---

[*] The Honorable Gene E.K. Pratter, District Judge, United States District Court for the Eastern District of Pennsylvania, sitting by designation.

Costs shall be taxed against Appellants.

ATTEST:

s/Patricia S. Dodszuweit
Clerk

Dated: March 18, 2021

**Certified as a true copy and issued in lieu of a formal mandate on** 04/21/21

**Teste:** *Patricia A Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**